

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00613-CV

**CB RESTAURANTS, INC. D/B/A SUGARS**,
Appellant

v.

Elizabeth **MARTINEZ** and Julian Silva, Individually and on behalf of the Estate of Cary Silva, Deceased, and Lindsay Shanahan, as next friend of J.S. and L.S., minor children, Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI25937
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: December 4, 2024

DISMISSED

Appellant filed a motion to dismiss this appeal. Therefore, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a). Because the motion does not indicate there is an agreement between the parties regarding costs of the appeal, costs of the appeal are assessed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM